UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LORINZO MURPHY** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-1031** |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | **SECTION I** |

### ORDER

Considering the final pretrial conference, which is currently scheduled[1] for Monday, May 9, 2022 at 9:00 A.M.,

**IT IS ORDERED** that the final pretrial conference is **CONTINUED** without a date certain.

New Orleans, Louisiana, May 5, 2022.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 47.