MINUTE ENTRY
NORTH, M.J.
MAY 5, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LORINZO MURPHY | CIVIL ACTION |
| VERSUS | NUMBER: 13-1031 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | SECTION: "I"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING: Tim Falcon    Devin Reid

Negotiations were productive but unfortunately no resolution of Plaintiff's claims could be achieved at this time. Further negotiations will proceed telephonically.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:20)